

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>EX REL. PETER M. GALLIGAN, §<br>§<br>PLAINTIFFS §<br>§<br>v. §<br>§<br>ADTALEM GLOBAL EDUCATION; DEVRY §<br>MEDICAL INTERNATIONAL, INC.; AND ROSS §<br>UNIVERSITY SCHOOL OF VETERINARY §<br>MEDICINE, §<br>§<br>DEFENDANTS § | CIVIL CASE NO. 17-CV 4599<br><br>FILED UNDER SEAL<br>PURSUANT TO 31 U.S.C. §§ 3729, *et seq.*<br><br>JURY TRIAL DEMANDED |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This cause coming on to be heard pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure for a voluntary dismissal without prejudice of the above-captioned matter, and the Court having found that the United States has agreed to the dismissal of this action,

IT IS HEREBY ORDERED that this action be and the same is dismissed, without prejudice as to the United States. Relator shall bear his own fees and costs.

SO ORDERED:

_____
Ruben Castillo
Chief Judge, United States District Court
for the Northern District of Illinois

*Copy Via Electronic Mail to:*
Douglas G. Snodgrass, Esq.
Assistant United States Attorney
Northern District of Illinois
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
Douglas.Snodgrass@usdoj.gov

Dated: ~~May 23, 2018~~ June 1, 2018

6607107