# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America ex rel | ) | |
| Peter Galligan, | ) | |
| | ) | Case No: 17 C 4599 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Adtalem Global Education, et al., | ) | |

## ORDER

The Clerk of Court is directed to unseal Plaintiff's complaint [1] the Order of Voluntary Dismissal [19], and this Order. The rest of the case will remain under seal until further order of the Court.

Dated: June 1, 2018                /s/ Chief Judge Ruben Castillo